**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6315**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY ARNOLD YOUNG,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. Elizabeth V. Hallanan, Senior District Judge. (CR-88-112)

———————

Submitted:  June 15, 2000                    Decided:  June 22, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Larry Arnold Young, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Arnold Young appeals the district court's order denying his motion for reduction, correction, or modification of his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Young's motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See United States v. Young, No. CR-88-112 (S.D.W. Va. Feb. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2